# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2014

## NO. 03-11-00479-CR

**John Everett Fitch, III, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction signed by the trial court on July 21, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the trial court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to correctly spell appellant's name as "John Everett Fitch, III." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.